IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**RUDOLPHE CORIOLAN**                                                                                    **PLAINTIFF**

v.                                           **CASE NO. 2:24-CV-00087-BSM**

**BIH EXPRESS, INC.** *et al.*                                                                          **DEFENDANTS**

## ORDER

Rudolphe Coriolan's motion for default judgment against BIH Express, Inc. [Doc. No. 41] is granted.

Coriolan filed a complaint on April 30, 2024, and served BIH Express on June 5, 2024. Doc. No. 10. BIH Express has not filed an answer, or otherwise defended the case, and the clerk entered a default on July 1, 2024. Doc. No. 20. Coriolan now moves for default judgment, and no party has responded to the motion.

The procedural history supports the entry of default judgment against BIH Express on counts I and II of the complaint. Accordingly, default judgment is entered in favor of Rudolphe Coriolan. Damages will be determined at trial.

IT IS SO ORDERED this 21st day of November, 2025.

_____
UNITED STATES DISTRICT COURT