## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**RUDOLPHE CORIOLAN**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 2:24-CV-00087-BSM**

**BIH EXPRESS, INC.** *et al.*                                                        **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 4th day of June, 2026.

_____

UNITED STATES DISTRICT COURT